UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| EAGLE INDUSTRIES, LLC | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NO. 10-cv-00118-JHM-ERG |
| | ) | |
| UMR, INC. | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

### ORDER REFERRING CASE TO BANKRUPTCY COURT
\* \* \*   \* \* \*   \* \* \*

This matter having come before the Court upon the Motion of Plaintiff, Eagle Industries, LLC, to Enforce this Court's Standing Order of Referral of bankruptcy matters, pursuant to LR 83.12, notice having been given, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that this case is hereby REFERRED to the United States Bankruptcy Court for the Western District of Kentucky.

Tendered by:
TIMOTHY L. EDELEN
BELL, ORR, AYERS & MOORE, PSC
1010 College Street
P.O. Box 738
Bowling Green, Kentucky 42102-0738
Telephone: (270) 781-8111

Copies to:  Counsel of record
            Clerk, US Bankruptcy Court WD/KY
            Hon. Joan A. Lloyd, Judge
              US Bankruptcy Court WD/KY