

**1:10-cv-00118-JHM -ERG** Eagle Industries, LLC v. UMR, Inc.
Joseph H. McKinley, Jr, presiding
E. Robert Goebel, referral
Date filed: 07/20/2010
Date terminated: 01/03/2011
Date of last filing: 01/03/2011

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | Filed:<br>Entered: | 07/20/2010<br>07/21/2010 | Notice of Removal |
| 2 | Filed & Entered: | 07/21/2010 | Case Assignment |
| 3 | Filed & Entered: | 07/21/2010 | Notice (Other) |
| 4 | Filed & Entered: | 07/21/2010 | Order Referring Case to Magistrate Judge |
| 5 | Filed & Entered:<br>Terminated: | 07/27/2010<br>08/10/2010 | Motion to Appear Pro Hac Vice |
| 6 | Filed & Entered:<br>Terminated: | 07/27/2010<br>08/10/2010 | Motion to Appear Pro Hac Vice |
| 7 | Filed & Entered: | 07/27/2010 | Answer to Complaint |
| 8 | Filed & Entered: | 07/27/2010 | Corporate Disclosure Statement |
| 9 | Filed & Entered: | 07/29/2010 | Order |
| 10 | Filed & Entered: | 08/04/2010 | Supplement |
| 11 | Filed & Entered: | 08/04/2010 | Supplement |
| 12 | Filed & Entered: | 08/10/2010 | Order on Motion to Appear Pro Hac Vice |
| 13 | Filed & Entered: | 08/10/2010 | Order on Motion to Appear Pro Hac Vice |
| 14 | Filed & Entered: | 10/22/2010 | Order |
| 15 | Filed & Entered: | 11/24/2010 | Notice (Other) |
| 16 | Filed & Entered: | 11/24/2010 | Report of Rule 26(f) Planning Meeting |
| 17 | Filed & Entered: | 11/24/2010 | Letter |
| 18 | Filed & Entered:<br>Terminated: | 11/29/2010<br>01/03/2011 | Motion to Transfer Case |
| 19 | Filed & Entered: | 12/02/2010 | Order |
| 20 | Filed & Entered: | 01/03/2011 | Order on Motion to Transfer Case |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/01/2011 12:14:07 | | | |
| **PACER Login:** | bo0192 | **Client Code:** | EAgle v. UMR |
| **Description:** | History/Documents | **Search Criteria:** | 1:10-cv-00118-JHM -ERG |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

CASREF, CLOSED

## U.S. District Court
## Western District of Kentucky (Bowling Green)
## CIVIL DOCKET FOR CASE #: 1:10-cv-00118-JHM -ERG

Eagle Industries, LLC v. UMR, Inc.
Assigned to: Judge Joseph H. McKinley, Jr
Referred to: Magistrate Judge E. Robert Goebel
Demand: $111,000
Case in other court: Warren Circuit Court, 10-CI-1191
Cause: 28:1441 Petition for Removal

Date Filed: 07/20/2010
Date Terminated: 01/03/2011
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**Eagle Industries, LLC**    represented by    **Timothy L. Edelen**
Bell, Orr, Ayers & Moore, PSC
1010 College Street
P.O. Box 738
Bowling Green, KY 42102-0738
270-781-8111
Fax: 270-781-9027
Email: edelen@boamlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UMR, Inc.**    represented by    **Brad S. Keeton**
Stoll Keenon Ogden PLLC
500 W. Jefferson Street, Suite 2000
Louisville, KY 40202
502-333-6000
Fax: 502-627-8765
Email: brad.keeton@skofirm.com
*ATTORNEY TO BE NOTICED*

**Brian W. Thomson**
Leonard, Street & Deinard, PA
150 S. Fifth Street
Suite 2300
Minneapolis, MN 55402
612-335-1500
Fax: 612-335-1657
Email: brian.thomson@leonard.com
*ATTORNEY TO BE NOTICED*

**Donald T. Campbell**
Leonard, Street & Deinard, PA

150 S. Fifth Street, Suite 2300
Minneapolis, MN 55402
612-335-1500
Fax: 612-335-1657
Email: donald.campbell@leonard.com
*ATTORNEY TO BE NOTICED*

**P. Douglas Barr**
Stoll Keenon Ogden PLLC - Lexington
300 West Vine Street, Suite 2100
Lexington, KY 40507-1801
859-231-3000
Fax: 859-253-1093
Email: douglas.barr@skofirm.com
*ATTORNEY TO BE NOTICED*

✓ 1st Court docket

| Date Filed | # | Docket Text |
|---|---|---|
| 07/20/2010 ✓ | 1 | NOTICE OF REMOVAL filed by UMR, Inc. from Warren Circuit Court, case number 10-CI-1191. ( Filing fee $ 350, receipt No. 0644-1088098 ) (Attachments: # 1 Exhibit State Court Summons and Complaint, # 2 Cover Sheet) (PHB) (Entered: 07/21/2010) |
| 07/21/2010 ✓ | 2 | Case Assignment (Random Selection): Case Assigned to Judge Joseph H. McKinley, Jr.. (PHB) (Entered: 07/21/2010) |
| 07/21/2010 ✓ | 3 | Clerk's NOTICE to Parties and Warren Circuit Court re 1 Notice of Removal. (PHB) (Entered: 07/21/2010) |
| 07/21/2010 ✓ | 4 | ORDER by Judge Joseph H. McKinley, Jr. (EBOC) on 7/21/2010; Referring Case to Magistrate Judge E. Robert Goebel, pursuant to 28:636(b)(1)(A), for disposition of all non-dispositive motions.cc:counsel, PH (PHB) (Entered: 07/21/2010) |
| 07/27/2010 ✓ | 5 | MOTION for Donald T. Campbell to Appear Pro Hac Vice Filing fee $ 65, receipt number 0644-1091705.by Defendant UMR, Inc. Responses due by 8/20/2010 (Attachments: # 1 Affidavit of Donald. T. Campbell in Support of Admission Pro Hac Vice, # 2 Proposed Order Admitting Donad T. Campbell Pro Hac Vice) (Keeton, Brad) (Entered: 07/27/2010) |
| 07/27/2010 ✓ | 6 | MOTION for Brian W. Thomson to Appear Pro Hac Vice Filing fee $ 65, receipt number 0644-1091706.by Defendant UMR, Inc. Responses due by 8/20/2010 (Attachments: # 1 Affidavit of Brian W. Thomson in Support of Admission Pro Hac Vice, # 2 Proposed Order Admitting Brian W. Thomson Pro Hac Vice) (Keeton, Brad) (Entered: 07/27/2010) |
| 07/27/2010 ✓ | 7 | ANSWER to Complaint by UMR, Inc.. (Keeton, Brad) (Entered: 07/27/2010) |
| 07/27/2010 ✓ | 8 | Corporate Disclosure Statement identifying Corporate Parent UnitedHealth Group Incorporated for UMR, Inc.. by UMR, Inc.. (Keeton, Brad) (Entered: 07/27/2010) |
| | | |

| 07/29/2010 | 9 | ORDER by Magistrate Judge E. Robert Goebel on 7/29/2010 re 6 MOTION for Brian W. Thomson to Appear Pro Hac Vice and 5 MOTION for Donald T. Campbell to Appear Pro Hac Vice. The affidavits of Messrs. Campbell and Thomson do not satisfy the requirements set forth in LR 83.2(a)(4) and (5). IT IS HEREBY ORDERED that no later than 8/10/2010, Messrs. Campbell and Thomson will submit their supplemental affidavits in support of the pending motions for admission pro hac vice. cc: Counsel, KL, PH (CDF) (Entered: 07/29/2010) |
|---|---|---|
| 08/04/2010 | 10 | SUPPLEMENT - Affidavit of Donald T. Campbell, re 5 Motion to Appear Pro Hac Vice, by UMR, Inc.. (Keeton, Brad) Modified to add text on 8/5/2010 (CDF). (Entered: 08/04/2010) |
| 08/04/2010 | 11 | SUPPLEMENT - Affidavit of Brian W. Thomson, re 6 Motion to Appear Pro Hac Vice, by UMR, Inc.. (Keeton, Brad) Modified to add text on 8/5/2010 (CDF). (Entered: 08/04/2010) |
| 08/10/2010 | 12 | ORDER ADMITTING DONALD T. CAMPBELL PRO HAC VICE by Magistrate Judge E. Robert Goebel on 8/10/2010 granting 5 Motion to Appear Pro Hac Vice. cc: Counsel, PH (CDF) (Entered: 08/10/2010) |
| 08/10/2010 | 13 | ORDER ADMITTING BRIAN W. THOMSON PRO HAC VICE by Magistrate Judge E. Robert Goebel on 8/10/2010 granting 6 Motion to Appear Pro Hac Vice. cc: Counsel, PH (CDF) (Entered: 08/10/2010) |
| 10/22/2010 | 14 | ORDER by Judge Joseph H. McKinley, Jr. (EBOC) on 10/21/2010; Telephonic Rule 16 Scheduling Conference set for 12/3/2010 09:00 AM before Magistrate Judge E. Robert Goebel. No later than 11/12/2010, parties shall conduct meeting required by Rule 26(f). Rule 26 Meeting Report due by 11/26/2010. cc: Counsel, KL, PH (CDF) (Entered: 10/22/2010) |
| 11/24/2010 | 15 | NOTICE *to Court re: UMR's Report and Discovery Plan* by UMR, Inc. (Keeton, Brad) (Entered: 11/24/2010) |
| 11/24/2010 | 16 | REPORT of Rule 26(f) Planning Meeting by UMR, Inc.. (Keeton, Brad) (Entered: 11/24/2010) |
| 11/24/2010 | 17 | Letter from Timothy L. Edelen by Eagle Industries, LLC. (Edelen, Timothy) (Entered: 11/24/2010) |
| 11/29/2010 | 18 | MOTION to Refer Case *to bankruptcy court* by Plaintiff Eagle Industries, LLC Responses due by 12/23/2010 (Attachments: # 1 Proposed Order Order Referring Case to Bankruptcy Court) (Edelen, Timothy) Modified event text on 11/29/2010 (CDF). (Entered: 11/29/2010) |
| 12/02/2010 | 19 | ORDER Remanding Rule 16 Scheduling Conference currently scheduled for December 3, 2010 by Magistrate Judge E. Robert Goebel on 12/1/2010.cc: Counsel, PH (TJD) (Entered: 12/02/2010) |
| 01/03/2011 | 20 | ORDER REFERRING CASE TO BANKRUPTCY COURT by Judge Joseph H. McKinley, Jr. on 12/30/2010, granting 18 Motion to Refer Case, pursuant to LR 83.12. IT IS HEREBY ORDERED that this case is hereby REFERRED to the United States Bankruptcy Court for the Western District of Kentucky. cc: Counsel; Clerk, USBC WD/KY; Judge Lloyd, USBC WD/KY (CDF) |

(Entered: 01/03/2011)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/01/2011 12:23:51 | | | |
| PACER Login: | bo0192 | Client Code: | Eagle v. UMR |
| Description: | Docket Report | Search Criteria: | 1:10-cv-00118-JHM - ERG |
| Billable Pages: | 3 | Cost: | 0.24 |